**Lee L. Auerbach (SBN 151173)**
lauerbach@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone:     (213) 896-6000
Facsimile:     (213) 896-6600

**Kara L. McCall (*Pro Hac Vice application to be submitted*)**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone:     (312) 853-7000
Facsimile:     (312) 853-7036

Attorneys for Defendants
NBTY, INC. and REXALL SUNDOWN, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA CARDENAS, On Behalf of Herself and All Other Similarly Situated California Residents,<br><br>        Plaintiff,<br><br>    vs.<br><br>NBTY, INC., a Delaware corporation and REXALL SUNDOWN, INC., a Florida corporation,<br><br>        Defendants. | Case No. 2:11 CV-01615-LKK-EFB<br><br>**STIPULATION AND ORDER RE FILING OF AMENDED COMPLAINT AND EXTENSION OF DEFENDANTS' TIME TO RESPOND** |

The parties, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 14, 2011, Plaintiff sent to both Defendants by certified mail a letter that Plaintiff asserts meets the requirements of California Civil Code § 1782(a); and

WHEREAS, pursuant to California Civil Code § 1013(a), service of Plaintiff's June 14, 2011 letter was completed ten calendar days after mailing, *i.e.,* on June 24, 2011; and

---

**STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT AND EXTENSION OF DEFENDANTS' TIME TO RESPOND**

LA1 2171257v.1

1     WHEREAS, Plaintiff served the Summons and Complaint on each Defendant on
2  June 17, 2011; and
3     WHEREAS, Defendants' response to the Complaint currently is due on July 8, 2011;
4  and
5     WHEREAS, Plaintiff will file a First Amended Complaint on July 25, 2011 without
6  leave of Court to add a claim for damages in her CLRA cause of action pursuant to California Civil
7  Code § 1782(d); and
8     WHEREAS, the parties agree that it would be inefficient and unduly burdensome for
9  Defendants to respond to the initial Complaint on July 8, 2011 given that Plaintiff intends to file a
10 First Amended Complaint on or before July 25, 2011 to which Defendants also would be required to
11 respond; and
12    WHEREAS, the parties further agree that Defendants shall be given 30 days to
13 respond to the First Amended Complaint, once filed; and
14    WHEREAS, the parties agree that by entering into this stipulation Defendants do not
15 waive any defenses or submit to the jurisdiction of the Court,
16    NOW, THEREFORE, the parties stipulate as follows:
17    1.    Defendants need not respond to the initial Complaint;
18    2.    Plaintiff shall file a First Amended Complaint on July 25, 2011 to add a claim
19 for damages in her CLRA cause of action; and
20    3.    Defendants, without waiving any defenses or submitting to the jurisdiction of
21 the Court, shall have through and including August 24, 2011 to respond to the First Amended
22 Complaint.

**STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT
AND EXTENSION OF DEFENDANTS' TIME TO RESPOND**
LA1 2171257v.1

| | | |
|---|---|---|
| 1 | Dated: July 5, 2011 | SIDLEY AUSTIN LLP |
| 2 | | LEE L. AUERBACH |

By: /s/ Lee L. Auerbach
      Lee L. Auerbach

Attorneys for Defendants NBTY, INC.
and REXALL SUNDOWN, INC

Dated: July 5, 2011                    BONNETT, FAIRBOURN, FRIEDMAN &
                                       BALINT, P.C.
                                       ANDREW S. FRIEDMAN
                                       ELAINE A. RYAN
                                       PATRICIA N. SYVERSON


                                       By: /s/ Patricia N. Syverson
                                             Patricia N. Syverson

                                       Attorneys for Plaintiff Liliana Cardenas

**IT IS SO ORDERED.**

Dated: July 14, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

3

**STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT
AND EXTENSION OF DEFENDANTS' TIME TO RESPOND**

LA1 2171257v.1

PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )  ss
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On July 5, 2011, I served the foregoing document described as: STIPULATION AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT AND EXTENSION OF DEFENDANTS' TIME TO RESPOND AND [PROPOSED] ORDER RE FILING OF AMENDED COMPLAINT AND EXTENSION OF DEFENDANTS' TIME TO RESPOND on all interested parties in this action as follows:

| | |
|---|---|
| BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>ANDREW S. FRIEDMAN<br>ELAINE A. RYAN<br>PATRICIA N. SYVERSON<br>2901 N. Central Ave., Suite 1000<br>Phoenix, AZ  85012<br>afriedman@bffb.com<br>eryan@bffb.com<br>psyverson@bffb.com<br><br>[On CM/ECF] | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>TODD D. CARPENTER<br>600 W. Broadway., Suite 900<br>San Diego, CA  92101<br>tcarpenter@bffb.com<br><br>[By Mail] |

FUTTERMAN HOWARD ASHLEY & WELTMAN, P.C.
STEWART WELTMAN
122 S. Michigan Avenue, Suite 1850
Chicago, IL  60603
SWELTMAN@FUTTERMANHOWARD.COM

[By Mail]

    [x]    (ON CM/ECF) I electronically filed and served the document on CM/ECF.

    [x]    (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's

PROOF OF SERVICE

LA1 2171257v.1

practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

      I declare that I am a registered user of the CM/ECF system.

      I served the foregoing document by electronically filing the document via the CM/ECF system maintained by the court.

      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

      Executed on July 5, 2011, at Los Angeles, California.

                      /s/ Lee L. Auerbach
                        Lee L. Auerbach

**PROOF OF SERVICE**

LA1 2171257v.1