BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ANDREW S. FRIEDMAN (*To be admitted Pro Hac Vice*)
ELAINE A. RYAN (*To be admitted Pro Hac Vice*)
PATRICIA N. SYVERSON (203111)
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com
Telephone:   (602) 274-1100

**Attorneys for Plaintiff**

Kara L. McCall (admitted *pro hac vice*)
kmccall@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

David R. Carpenter, SBN 230299
drcarpenter@sidley.com
Cameron J. Johnson, SBN 266729
cameron.johnson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

**Attorneys for Defendants
NBTY, Inc. and Rexall Sundown, Inc.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIANA CARDENAS, On Behalf of Herself and All Other Similarly Situated California Residents,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NBTY, INC., a Delaware corporation and REXALL SUNDOWN, INC., a Florida corporation,<br><br>　　　　　Defendants. | Case No. 11-cv-01615-LKK-EFB<br><br>**JOINT STIPULATION AND ORDER RESETTING PRETRIAL STATUS CONFERENCE AND SETTING SCHEDULE REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT** |

1  The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

2  WHEREAS, on June 14, 2011, Plaintiff filed her Complaint and initiated the above-
3  referenced action;

4  WHEREAS, on July 5, 2011, the parties entered into a stipulation providing that Plaintiff
5  would file an Amended Complaint on July 25, 2011, and Defendants would have until August 24,
6  2011, to file a responsive pleading thereto;

7  WHEREAS, on July 25, 2011, Plaintiff filed her Amended Complaint;

8  WHEREAS, on August 24, 2011, Defendants' counsel filed a motion to dismiss Plaintiff's
9  Amended Complaint and the parties stipulated to a briefing schedule whereby Plaintiff's Opposition
10  brief was due on October 3, 2011, Defendants' Reply brief was due on October 24, 2011, and
11  Defendants' motion was set for hearing on November 7, 2011 and 10:00 a.m. (Dkt # 15);

12  WHEREAS, the parties also stipulated to continue the initial Pretrial Status Conference until
13  sometime after Defendants' Motion to Dismiss was heard and decided (Dkt #15);

14  WHEREAS, Plaintiff has considered Defendants' Motion to Dismiss and decided it would be
15  most efficient and best facilitate the parties' litigation of this case to file a Second Amended
16  Complaint *in lieu* of formally responding to Defendants' Motion to Dismiss;

17  WHEREAS, Defendants dispute whether deficiencies in the Complaint can be cured but
18  consent to the amendment and agree that any such amendment would render the pending Motion to
19  Dismiss moot;

20  WHEREAS, the parties have agreed that Plaintiff will have 30 days from the date of this
21  stipulation to file a Second Amended Complaint;

22  WHEREAS, Defendants will have 30 days from the date Plaintiff's Second Amended
23  Complaint is filed to answer or otherwise respond;

24  WHEREAS, should Defendants chose to file a Motion to Dismiss the Second Amended
25  Complaint, the parties will seek to set a mutually agreeable briefing schedule that takes into account
26  the available hearing dates and pre-existing scheduling conflicts and obligations of each parties'
27  counsel, among other things;

28

WHEREAS, the parties agree that it would be most efficient and facilitate the parties' ability to meet and confer about the matters set forth in the Court's Order to continue the initial Pretrial Status Conference and time for the parties to file their status report(s) until after Defendants have answered or until after Defendants' motion to dismiss (and any other accompanying motion), should Defendants chose to file one, is heard and decided; and

WHEREAS, the parties further agree that by entering into this stipulation Defendants do not waive any defenses or submit to the jurisdiction of the Court.

NOW, THEREFORE, the parties stipulate as follows:

1. Plaintiff will file her Second Amended Complaint on October 24, 2011;
2. Defendants will file their response to the Second Amended Complaint on November 23, 2011.
3. The hearing currently set for November 7, 2011, on Defendants' Motion to Dismiss the First Amended Complaint is hereby taken off calendar;
4. The initial Status Conference is continued to December 19, 2011 at 3:00 p.m. The parties shall file their status reports fourteen (14) days prior to the status conference.

Dated: September 22, 2011                        SIDLEY AUSTIN LLP

                                                 By: /s/ David R. Carpenter
                                                     David R. Carpenter
                                                     Attorneys for Defendants NBTY, Inc., and
                                                     Rexall Sundown, Inc.

Dated: September 22, 2011                        BONNETT, FAIRBOURN, FRIEDMAN &
                                                 BALINT, P.C.

                                                 By: /s/ Patricia N. Syverson
                                                     Patricia N. Syverson
                                                     Attorneys for Plaintiff Liliana Cardenas

**IT IS SO ORDERED.**

Dated: September 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2011, I electronically filed the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER RESETTING PRETRIAL STATUS CONFERENCE AND SETTING SCHEDULE REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2011.

/s/ *Patricia N. Syverson*
Patricia N. Syverson