BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ELAINE A. RYAN (admitted *pro hac vice*)
PATRICIA N. SYVERSON (203111)
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com
Telephone: (602) 274-1100
**Attorneys for Plaintiff**

Kara L. McCall (admitted *pro hac vice*)
kmccall@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

David R. Carpenter, SBN 230299
drcarpenter@sidley.com
Cameron J. Johnson, SBN 266729
cameron.johnson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

**Attorneys for Defendants**
**NBTY, Inc. and Rexall Sundown, Inc.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIANA CARDENAS, On Behalf of Herself and All Other Similarly Situated California Residents,<br><br>    Plaintiff,<br><br>vs.<br><br>NBTY, INC., a Delaware corporation and REXALL SUNDOWN, INC., a Florida corporation,<br><br>    Defendants. | Case No. 2:11-cv-01615-LKK-CKD<br><br>**JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RESETTING INITIAL STATUS CONFERENCE** |

The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on June 14, 2011, Plaintiff filed her Complaint and initiated the above-referenced action;

WHEREAS, on July 5, 2011, the parties entered into a stipulation providing that Plaintiff would file an Amended Complaint on July 25, 2011, and on July 25, 2011, Plaintiff filed her First Amended Complaint;

WHEREAS, on August 24, 2011, Defendants' counsel filed a motion to dismiss Plaintiff's First Amended Complaint;

WHEREAS, by and/or as reflected in the Joint Stipulation and Order dated September 26, 2011 [Dkt. #21]:  (a) the parties agreed that Plaintiff would file a Second Amended Complaint *in lieu* of formally opposing Defendants' filed motion to dismiss, and the court granted leave for such amendment; (b) Defendants' time to respond to the Second Amended Complaint was set for November 23, 2011; and (c) the Court continued the initial Status Conference to December 19, 2011, with status reports due fourteen (14) days prior.

WHEREAS, on October 24, 2011, Plaintiff filed her Second Amended Complaint, and Defendants are concurrently filing their Motion to Dismiss the Second Amended Complaint; and

WHEREAS, the parties have met and conferred about setting a mutually agreeable briefing schedule that takes into account, among other things, the Court's available hearing dates, the upcoming holidays, and the pre-existing scheduling conflicts and obligations of each party's counsel; and

WHEREAS, the parties further agree that it would be most efficient and facilitate the parties' ability to meet and confer about the matters required for their status reports if the initial Status Conference were continued until after Defendants' Motion to Dismiss the Second Amended Complaint is heard and decided; and

WHEREAS, the parties further agree that by entering into this stipulation Defendants do not waive any defenses or submit to the jurisdiction of the Court.

NOW, THEREFORE, the parties stipulate as follows:

1. Plaintiff shall file any Opposition brief to Defendants Motion to Dismiss the Second Amended Complaint on or before December 23, 2011.

3. Defendants shall file any Reply brief on or before January 24, 2012.

4. Defendants' motion will be set for hearing on February 13, 2012 at 10:00 a.m.

5. The initial Pretrial Status Conference shall be continued to February 27, 2012 at 1:30 p.m.


Dated: November 23, 2011           SIDLEY AUSTIN LLP


                                   By: /s/ David R. Carpenter
                                       David R. Carpenter
                                       Attorneys for Defendants NBTY, Inc., and
                                       Rexall Sundown, Inc.

Dated: November 23, 2011           BONNETT, FAIRBOURN, FRIEDMAN &
                                   BALINT, P.C.


                                   By: /s/ Patricia N. Syverson
                                       Patricia N. Syverson
                                       Attorneys for Plaintiff Liliana Cardenas


**IT IS SO ORDERED.**

Dated: November 23, 2011.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
JOINT STIPULATION AND [PROPOSED] ORDER RESETTING PRETRIAL STATUS CONFERENCE AND
SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS