BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ANDREW S. FRIEDMAN (*admitted pro hac vice*)
ELAINE A. RYAN (*admitted pro hac vice*)
PATRICIA N. SYVERSON (203111)
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com
Telephone: (602) 274-1100
**Attorneys for Plaintiff**

Kara L. McCall (admitted *pro hac vice*)
kmccall@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

David R. Carpenter, SBN 230299
drcarpenter@sidley.com
Cameron J. Johnson, SBN 266729
cameron.johnson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

**Attorneys for Defendants
NBTY, Inc. and Rexall Sundown, Inc.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA CARDENAS, On Behalf of Herself and All Other Similarly Situated California Residents,<br><br>Plaintiff,<br><br>vs.<br><br>NBTY, INC., a Delaware corporation and REXALL SUNDOWN, INC., a Florida corporation,<br><br>Defendants. | Case No. 11-cv-01615-LKK-CKD<br><br>**SECOND JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AND RESETTING INITIAL STATUS CONFERENCE** |

The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on June 14, 2011, Plaintiff filed her Complaint and initiated the above-referenced action; and

WHEREAS, by and/or as reflected in the Joint Stipulation and Order dated September 26, 2011 [Dkt. #21]: (a) the parties agreed that Plaintiff would file a Second Amended Complaint *in lieu* of formally opposing Defendants' filed motion to dismiss, and the court granted leave for such amendment; (b) Defendants' time to respond to the Second Amended Complaint was set for November 23, 2011; and (c) the Court continued the initial Status Conference to December 19, 2011, with status reports due fourteen (14) days prior; and

WHEREAS, on October 24, 2011, Plaintiff filed her Second Amended Complaint; and

WHEREAS Defendants filed their Motion to Dismiss the Second Amended Complaint on November 23, 2011 and briefing on Defendants' Motion was completed on January 24, 2012; and

WHEREAS on January 31, 2012, Plaintiffs' counsel notified Defendants' counsel of a scheduling conflict with the February 13, 2012 hearing date that the parties had previously agreed to. The parties agreed to reschedule the hearing for Defendants' Motion to February 27, 2012, or as soon thereafter as is convenient for the Court; and

WHEREAS, the parties further agree that it would be most efficient and facilitate the parties' ability to meet and confer about the matters required for their status reports if the initial Status Conference, currently set for February 27, 2012, with joint reports due two weeks prior thereto, were continued until after Defendants' Motion to Dismiss the Second Amended Complaint is heard and decided.

NOW, THEREFORE, the parties stipulate as follows:

1. Defendants' motion is re-set for hearing on February 27, 2012 at 10:00 a.m.

2. The initial Pretrial Status Conference is continued to March 26, 2012 at 1:30 p.m. The parties shall file their status reports 14 days prior to the status conference.

| | |
|---|---|
| Dated: February 2, 2012 | SIDLEY AUSTIN LLP |
| | By: /s/ David R. Carpenter<br>David R. Carpenter<br>Attorneys for Defendants NBTY, Inc., and Rexall Sundown, Inc. |
| Dated: February 2, 2012 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| | By: /s/ Patricia N. Syverson<br>Patricia N. Syverson<br>Attorneys for Plaintiff Liliana Cardenas |

**IT IS SO ORDERED.**

Dated: February 3, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 2, 2012.

> By: s/ Patricia N. Syverson
>
> BONNETT FAIRBOURN FRIEDMAN
>   & BALINT, PC
> 2901 North Central Avenue, Suite 1000
> Phoenix, Arizona 85012
> 602-274-1100
> 602-274-1199 facsimile
> Email: psyverson@bffb.com