1

2

3

4

5                    UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7

LILIANA CARDENAS, on Behalf
8 of Herself and All Other
Similarly Situated
9 California Residents,

10                                    NO. CIV. S-11-1615 LKK/CKD

          Plaintiff,
11
      v.
12

NBTY, INC., a Delaware
13 corporation and REXALL
SUNDOWN, INC., a Florida              O R D E R
14 corporation,

15

          Defendants.
16 _____/

17      A hearing on Defendants' Motion to Dismiss Second Amended

18 Complaint, ECF No. 26, is currently set for hearing on February 27,

19 2012.  Due to court congestion, the hearing is CONTINUED to March

20 12, 2012 at 10:00 a.m.

21      IT IS SO ORDERED.

22      DATED:  February 21, 2012.

23

24

25    LAWRENCE K. KARLTON
      SENIOR JUDGE
26    UNITED STATES DISTRICT COURT

                              1