BONNETT, FAIRBOURN, FRIEDMAN
     & BALINT, P.C.
ANDREW S. FRIEDMAN (*admitted pro hac vice*)
ELAINE A. RYAN (*admitted pro hac vice*)
PATRICIA N. SYVERSON (203111)
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com
Telephone: (602) 274-1100
**Attorneys for Plaintiff**

Kara L. McCall (admitted *pro hac vice*)
kmccall@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

David R. Carpenter, SBN 230299
drcarpenter@sidley.com
Cameron J. Johnson, SBN 266729
cameron.johnson@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

**Attorneys for Defendants
NBTY, Inc. and Rexall Sundown, Inc.**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIANA CARDENAS, On Behalf of Herself and All Other Similarly Situated California Residents,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NBTY, INC., a Delaware corporation and REXALL SUNDOWN, INC., a Florida corporation,<br><br>　　　　　　Defendants. | Case No. 11-cv-01615-LKK-CKD<br><br>**THIRD JOINT STIPULATION AND ORDER ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT HEARING AND RESETTING INITIAL STATUS CONFERENCE** |

1  The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

2  WHEREAS, on October 24, 2011, Plaintiff filed her Second Amended Complaint; and

3  WHEREAS, Defendants filed their Motion to Dismiss the Second Amended Complaint on
4  November 23, 2011 and briefing on Defendants' Motion was completed on January 24, 2012; and

5  WHEREAS, on January 31, 2012, Plaintiff's counsel notified Defendants' counsel of a
6  scheduling conflict with the February 13, 2012 hearing date that the parties had previously agreed to.
7  The parties agreed to reschedule the hearing for Defendants' Motion to February 27, 2012, or as
8  soon thereafter as was convenient for the Court;

9  WHEREAS, on February 21, 2012 the Court rescheduled the hearing for Defendants' Motion
10  to March 12, 2012 at 10:00 a.m.;

11  WHEREAS, on February 21, 2012, Plaintiff's counsel notified Defendants' counsel of a
12  scheduling conflict with the March 12, 2012 hearing date.  The parties agreed to reschedule the
13  hearing for Defendants' Motion to April 23, 2012, or as soon thereafter as is convenient for the
14  Court;

15  WHEREAS, the parties further agree that it would be most efficient and facilitate the parties'
16  ability to meet and confer about the matters required for their status reports if the initial Status
17  Conference, currently set for March 26, 2012, with joint reports due two weeks prior thereto, were
18  continued until after Defendants' Motion to Dismiss the Second Amended Complaint is heard and
19  decided.

20  NOW, THEREFORE, the parties stipulate as follows:

21  1. Defendants' motion will be re-set for hearing on April 23, 2012 at 10:00 a.m.

2. The initial Pretrial Status Conference shall be continued until June 25, 2012 at 2:00 p.m.

Dated: February 22, 2012                          SIDLEY AUSTIN LLP

                                                  By: /s/ Kara L. McCall
                                                      Kara L. McCall
                                                      Attorneys for Defendants NBTY, Inc., and
                                                      Rexall Sundown, Inc.

Dated: February 22, 2012                          BONNETT, FAIRBOURN, FRIEDMAN &
                                                  BALINT, P.C.

                                                  By: /s/ Patricia N. Syverson
                                                      Patricia N. Syverson
                                                      Attorneys for Plaintiff Liliana Cardenas

**IT IS SO ORDERED.**

Dated: February 22, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 22, 2012.

By: s/  Patricia N. Syverson

BONNETT FAIRBOURN FRIEDMAN
  & BALINT, PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
602-274-1100
602-274-1199 facsimile
Email: psyverson@bffb.com