UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LILIANA CARDENAS, on Behalf of Herself and All Other Similarly Situated California Residents,

        Plaintiff,

    v.

NBTY, INC., a Delaware corporation and REXALL SUNDOWN, INC., a Florida corporation,

        Defendants.

NO. CIV. S-11-1615 LKK/CKD

O R D E R

Pending before the court in the above-captioned case is Plaintiff's motion for leave to file a third amended complaint. Pl's Mot., ECF No. 62.

Plaintiff seeks leave to amend to "add an additional plaintiff, modify the class definition[,] and add claims for violations of Illinois's consumer protection statute." Id. at 2.

Federal Rule of Civil Procedure 15(a) provides that leave to amend shall be "freely give[n] when justice so requires." Fed. R. Civ. Proc. 15(a).

////

1

1    Defendants have filed a statement of non-opposition to
2 Plaintiff's motion.  Def's Statement, ECF No. 64.
3    Good cause appearing, the court GRANTS Plaintiff's motion for
4 leave to file a third amended complaint, ECF No. 62.
5    The motion hearing currently set for November 5, 2012 at 10:00
6 A.M. is VACATED.
7    Plaintiff's third amended complaint SHALL be filed and served
8 on Defendants within seven (7) days of entry of this order.
9    IT IS SO ORDERED.
10   DATED:  October 29, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2