1  Kara L. McCall (admitted *pro hac vice*)
   kmccall@sidley.com
2  Christopher M. Gaul (admitted *pro hac vice*)
   cgaul@sidley.com
3  SIDLEY AUSTIN LLP
   One South Dearborn Street
4  Chicago, Illinois  60603
   Telephone: (312) 853-7000
5  Facsimile: (312) 853-7036

6  David R. Carpenter, SBN 230299
   drcarpenterl@sidley.com
7  Sidley Austin LLP
   555 West Fifth Street, Suite 4000
8  Los Angeles, California 90013
   Telephone: (213) 896-6000
9  Facsimile: (213) 896-6600

10 *Attorneys for Defendants*
   *NBTY, Inc. and Rexall Sundown, Inc.*

11
   Elaine A. Ryan (admitted *pro hac vice*)
12 eryan@bffb.com
   Patricia N. Syverson, SBN 203111
13 psyverson@bffb.com
   Lindsey M. Gomez-Gray (admitted *pro hac vice*)
14 lgomez-gray@bffb.com
   BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
15 2325 E. Camelback Road, #300
   Phoenix, AZ 85016
16 Telephone: (602) 274-1100

17 *Attorneys for Plaintiffs Liliana Cardenas and*
   *Francisco Padilla*

18

19            **UNITED STATES DISTRICT COURT**

20            **EASTERN DISTRICT OF CALIFORNIA**

21 LILIANA CARDENAS, an Individual, and      ) Case No. 2:11-cv-01615-LKK-CKD
   FRANCISCO PADILLA, an Individual, On      )
22 Behalf of Themselves and All Others Similarly ) **CLASS ACTION**
   Situated,                                 )
23                                           ) **JOINT STIPULATION AND ORDER**
                 Plaintiffs,                 ) **CONTINUING HEARING ON**
24                                           ) **PLAINTIFFS' MOTION FOR CLASS**
   vs.                                       ) **CERTIFICATION**
25                                           )
   NBTY, INC., a Delaware corporation and    )
26 REXALL SUNDOWN, INC., a Florida           )
   corporation,                              )
27                                           )
                 Defendants.                 )
28                                           )
   _____ )

Plaintiffs Liliana Cardenas and Francisco Padilla (together, "Plaintiffs"), and Defendants NBTY, Inc. and Rexall Sundown, Inc. (together, "Defendants"), by and through their undersigned counsel, hereby respectfully submit this joint stipulation to continue the hearing date on Plaintiffs' Motion for Class Certification ("Class Motion").  In support, the parties state as follows:

WHEREAS, this Court Entered a "Status (Pretrial Scheduling) Conference" Order on June 27, 2012 [Dkt. No. 56].  Pursuant to that Order, Plaintiffs were required to file their motion for class certification by January 28, 2013.

WHEREAS, Plaintiffs filed their motion for class certification on January 28, 2013, setting the hearing on class certification for April 8, 2013.  Accordingly, Defendants' opposition to Plaintiffs' motion for class certification is due by March 25, 2013, and Plaintiffs' reply thereto is due by April 1, 2013.

WHEREAS, notwithstanding all parties' diligence, neither of the named plaintiffs (putative class representatives) has been deposed.

WHEREAS, the parties continue to explore settlement of this action.

WHEREAS, no pretrial or trial dates have been scheduled by the Court.

WHEREAS, the parties have not previously requested any scheduling extensions or continuances.

NOW, THEREFORE, the parties stipulate as follows:

1.      The hearing currently set for April 8, 2013 is continued to June 17, 2013 at 10:00 a.m.

2.      Defendants shall file and serve their opposition to Plaintiffs' motion on or before June 3, 2013.

3.      Plaintiffs shall file their reply to Defendants' opposition on or before June 10, 2013.


Dated: March 14, 2013                          SIDLEY AUSTIN LLP


                                               By:/s/ Kara L. McCall
                                                  Kara L. McCall
                                                  Attorneys for Defendants NBTY, Inc., and
                                                  Rexall Sundown, Inc.

Dated: March 14, 2013                    BONNETT, FAIRBOURN, FRIEDMAN &
                                         BALINT, P.C.


                                         By:/s/ Patricia N. Syverson
                                            Patricia N. Syverson
                                            Attorneys for Plaintiffs Liliana Cardenas and
                                            Francisco Padilla

**IT IS SO ORDERED.**


Dated:  March 15, 2013



LAWRENCE  K.  KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2013, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system:  **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.**

Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  Any other counsel of record were served by U.S. mail.

Dated:  March 14, 2013

SIDLEY AUSTIN LLP

By: /s/ Kara L. McCall
Kara L. McCall

*Attorneys for Defendants NBTY, Inc. and Rexall Sundown, Inc.*