1  Kara L. McCall (admitted *pro hac vice*)
   kmccall@sidley.com
2  Christopher M. Gaul (admitted *pro hac vice*)
   cgaul@sidley.com
3  SIDLEY AUSTIN LLP
   One South Dearborn Street
4  Chicago, Illinois 60603
   Telephone: (312) 853-7000
5  Facsimile: (312) 853-7036

6  David R. Carpenter, SBN 230299
   drcarpenterl@sidley.com
7  Sidley Austin LLP
   555 West Fifth Street, Suite 4000
8  Los Angeles, California 90013
   Telephone: (213) 896-6000
9  Facsimile: (213) 896-6600

10 *Attorneys for Defendants*
   *NBTY, Inc. and Rexall Sundown, Inc.*
11
   Elaine A. Ryan (admitted *pro hac vice*)
12 eryan@bffb.com
   Patricia N. Syverson, SBN 203111
13 psyverson@bffb.com
   Lindsey M. Gomez-Gray (admitted *pro hac vice*)
14 lgomez-gray@bffb.com
   BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
15 2325 E. Camelback Road, #300
   Phoenix, AZ 85016
16 Telephone: (602) 274-1100

17 [Additional Plaintiffs' Counsel Listed on Signature Page]
   *Attorneys for Plaintiffs*
18
                    **UNITED STATES DISTRICT COURT**
19
                    **EASTERN DISTRICT OF CALIFORNIA**
20

21 | LILIANA CARDENAS, an Individual, and FRANCISCO PADILLA, an Individual, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) | Case No. 2:11-CV-01615-TLN-CKD |
|---|---|---|
22 | | ) | **CLASS ACTION** |
23 |                    Plaintiffs, | ) ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER FOR A STAY OF ALL PROCEEDINGS** |
24 | vs. | ) ) | JUDGE: Hon. Troy L. Nunley |
25 | | ) ) | |
26 | NBTY, INC., a Delaware corporation and REXALL SUNDOWN, INC., a Florida corporation, | ) ) ) | |
27 | | ) ) | |
28 |                    Defendants. | ) ) | |

1    Plaintiffs Liliana Cardenas and Francisco Padilla ("Plaintiffs") and Defendants Rexall

2    Sundown, Inc. and NBTY, Inc. (collectively with Plaintiffs, "the Parties"), by and through their

3    undersigned counsel, hereby respectfully submit this joint stipulation for an order staying this action

4    because Plaintiffs' claims and the claims of the purported class they seek to represent have been

5    settled.  In support, the Parties state as follows:

6    WHEREAS, in this matter, Plaintiffs have challenged statements used in the marketing of

7    various Osteo Bi-Flex glucosamine joint health dietary supplement products, which are

8    manufactured and sold by Rexall Sundown, Inc., a subsidiary of NBTY, Inc.  (*See* Third. Am.

9    Compl., Dkt. No. 66.)

10   WHEREAS, this matter is one of six putative class actions challenging the marketing of

11   glucosamine joint health dietary supplement products manufactured and/or sold by Rexall Sundown,

12   Inc., NBTY, Inc., or their affiliates (collectively, "Rexall"), which are currently pending in five

13   federal district courts throughout the country.  The pending cases are: *Liliana Cardenas and*

14   *Francisco Padilla v. NBTY, Inc. and Rexall Sundown, Inc.*, No. 2:11-CV-01615-TLN-CKD (E.D.

15   Cal. filed June 14, 2011); *Jennings v. Rexall Sundown, Inc.*, No. 1:11-cv-11488-WGY (D. Mass.

16   filed Aug. 22, 2011); *Cecilia Linares and Abel Gonzalez v. Costco Wholesale, Inc.*, No. 3:11-cv-

17   02547-MMA-RBB (S.D. Cal. filed Nov. 2, 2011); *Nick Pearson v. Target Corp.*, No. 1:11-cv-07972

18   (N.D. Ill. filed Nov. 9, 2011); *Randy Nunez v. NBTY, Inc., Arthritis Research Corp., and Nature's*

19   *Bounty, Inc.*, No. 3:13-CV-0495 (S.D. Cal. filed Mar. 1, 2013); and *Augustina Blanco v. CVS*

20   *Pharmacy, Inc.*, No. 5:13-cv-00406-JGB-SP (C.D. Cal. filed Mar. 4, 2013).

21   WHEREAS, on April 15, 2013, the Parties in this action executed a global, nationwide

22   settlement agreement settling and releasing for consideration, *inter alia*, all of the claims made in

23   this case.  Plaintiff Francisco Padilla has been identified as a class representative on behalf of the

24   settlement class, and Plaintiff Liliana Cardenas is a member of the settling class, which has been

25   defined to include all purchasers of Osteo Bi-Flex products since 2005.

26   WHEREAS, this settlement will be submitted to the Honorable Judge James B. Zagel in the

27   Northern District of Illinois for preliminary approval.  (Judge Zagel is presiding over the *Pearson*

28   case (N.D. Ill., Case No. 1:11-cv-07972), one of the cases being settled.)

1   WHEREAS, to facilitate this global, nationwide settlement, Plaintiffs have filed a Second

2   Amended Class Action complaint in the *Pearson* case on behalf of a nationwide class of all persons

3   in the United States who purchased the products covered by the settlement, which include Osteo Bi-

4   Flex products (Ex. A hereto).  Plaintiff Francisco Padilla is a named plaintiff in the *Pearson* Second

5   Amended Class Action Complaint (*id.* ¶¶ 15–16); plaintiff Liliana Cardenas is a member of the

6   nationwide class as defined in the *Pearson* Second Amended Class Action Complaint (*id.* ¶ 51).

7   WHEREAS, pursuant to the settlement agreement, Plaintiffs and Rexall are jointly moving

8   for a stay of this case pending final approval of the class action settlement.  Similar motions will be

9   filed in the other related cases.

10   WHEREAS, in light of the settlement, the Parties respectfully request the Court to exercise

11   its inherent authority to stay this action.  *See*, *e.g.*, *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)

12   ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the

13   disposition of the causes on its dockets with economy of time and effort for itself, for counsel, and

14   for litigants."); *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis* for the

15   proposition that a "district court has discretionary power to stay proceedings in its own court").  A

16   stay is appropriate where, as here, it is efficient to suspend an action pending resolution of

17   proceedings in another jurisdiction that bear upon the case.  *See, e.g.*, *Sinclair v. Fox Hollow of*

18   *Turlock Owners Ass'n*, No. 1:03-cv-05439, 2011 WL 219924, at *2 (E.D. Cal. Jan. 21, 2011)

19   ("When there is an independent proceeding related to a matter before the trial court, the Ninth

20   Circuit has held that a trial court may 'find it efficient for its own docket and the fairest course for

21   the parties to enter a stay of an action before it, pending resolution of independent proceedings

22   which may bear upon the case.'") (quoting *Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708

23   F.2d 1458, 1465 (9th Cir. 1983)).

24   WHEREAS, the proposed stay promotes judicial economy by permitting both the Court and

25   the Parties to suspend their work on this case while the settlement process moves forward in the

26   Northern District of Illinois.  When final approval has been given, the settlement requires Plaintiffs

27   to voluntarily dismiss with prejudice this action.  Accordingly, entering the proposed stay will

28   conserve the resources of the Court, the litigants, and their counsel.

1    **NOW, THEREFORE**, the Parties stipulate as follows:

2    1.    This action shall be stayed pending final approval of the settlement.

3    The attorney filing this document confirms that all other signatories listed, and on whose

4    behalf the filing is submitted, concur in the filing's content and have authorized the filing.

5

6    Dated:  April 24, 2013                     By: /s/ Patricia N. Syverson
                                                 BONNETT, FAIRBOURN, FRIEDMAN
                                                 & BALINT, P.C.
7                                                Elaine A. Ryan
                                                 Patricia N. Syverson (203111)
8                                                Lindsey M. Gomez-Gray
                                                 2325 E. Camelback Road, Suite 300
9                                                Phoenix, AZ 85016
                                                 eryan@bffb.com
10                                               psyverson@bffb.com
                                                 lgomez-gray@bffb.com
11                                               Telephone: (602) 274-1100

12                                               BONNETT, FAIRBOURN, FRIEDMAN
                                                 & BALINT, P.C.
13                                               Manfred Muecke (222893)
                                                 600 W. Broadway, Suite 900
14                                               San Diego, California 92101
                                                 mmuecke@bffb.com
15                                               Telephone: (619) 756-7748

16                                               STEWART M. WELTMAN LLC
                                                 Stewart M. Weltman
17                                               122 S. Michigan Avenue, Suite 1850
                                                 Chicago, IL 60603
18                                               sweltman@weltmanlawfirm.com
                                                 Telephone: (312) 588-5033
19                                               (Of Counsel Levin Fishbein Sedran & Berman)

20                                               LEVIN FISHBEIN SEDRAN & BERMAN
                                                 Howard J. Sedran
21                                               510 Walnut Street
                                                 Philadelphia, Pennsylvania 19106
22                                               hsedran@lfsblaw.com
                                                 Telephone: (215) 592-1500
23

24                                               *Attorneys for Plaintiffs Liliana Cardenas and
                                                 Francisco Padilla*
25

26

27

28

                                        3
JOINT STIPULATION AND [PROPOSED] ORDER FOR A STAY OF ALL PROCEEDINGS

1  Dated:  April 24, 2013                     By: */s/ Kara L. McCall*
                                              Kara L. McCall
2                                             Christopher M. Gaul
                                              One South Dearborn Street
3                                             Chicago, Illinois 60603
                                              kmccall@sidley.com
4                                             cgaul@sidley.com
                                              Telephone: (312) 853-7000
5
                                              *Attorneys for Defendants NBTY, Inc. and*
6                                             *Rexall Sundown, Inc.*

7

8  **IT IS SO ORDERED.**

9

10 Dated: _____          _____
                                              Hon. Troy L. Nunley
11                                                 United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOINT STIPULATION AND [PROPOSED] ORDER FOR A STAY OF ALL PROCEEDINGS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2013, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system: **JOINT STIPULATION AND [PROPOSED] ORDER FOR A STAY OF ALL PROCEEDINGS**.

Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  Any other counsel of record were served by U.S. mail.

Dated: April 24, 2013                                          SIDLEY AUSTIN LLP

By:/s/ Kara L. McCall
      Kara L. McCall

*Attorneys for Defendants NBTY, Inc. and Rexall Sundown, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER FOR A STAY OF ALL PROCEEDINGS