1  Kara L. McCall (admitted *pro hac vice*)
   kmccall@sidley.com
2  Christopher M. Gaul (admitted *pro hac vice*)
   cgaul@sidley.com
3  SIDLEY AUSTIN LLP
   One South Dearborn Street
4  Chicago, Illinois 60603
   Telephone: (312) 853-7000
5  Facsimile: (312) 853-7036

6  David R. Carpenter, SBN 230299
   drcarpenterl@sidley.com
7  Sidley Austin LLP
   555 West Fifth Street, Suite 4000
8  Los Angeles, California 90013
   Telephone: (213) 896-6000
9  Facsimile: (213) 896-6600

10 *Attorneys for Defendants*
   *NBTY, Inc. and Rexall Sundown, Inc.*
11
   Elaine A. Ryan (admitted *pro hac vice*)
12 eryan@bffb.com
   Patricia N. Syverson, SBN 203111
13 psyverson@bffb.com
   Lindsey M. Gomez-Gray (admitted *pro hac vice*)
14 lgomez-gray@bffb.com
   BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
15 2325 E. Camelback Road, #300
   Phoenix, AZ 85016
16 Telephone: (602) 274-1100

17 [Additional Plaintiffs' Counsel Listed on Signature Page]
   *Attorneys for Plaintiffs*
18

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIANA CARDENAS, an Individual, and FRANCISCO PADILLA, an Individual, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NBTY, INC., a Delaware corporation and REXALL SUNDOWN, INC., a Florida corporation, <br><br> Defendants. | Case No. 2:11-CV-01615-TLN-CKD <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND ORDER FOR A STAY OF ALL PROCEEDINGS** <br><br> JUDGE: Hon. Troy L. Nunley |

Plaintiffs Liliana Cardenas and Francisco Padilla ("Plaintiffs") and Defendants Rexall Sundown, Inc. and NBTY, Inc. (collectively with Plaintiffs, "the Parties"), by and through their undersigned counsel, hereby respectfully submit this joint stipulation for an order staying this action because Plaintiffs' claims and the claims of the purported class they seek to represent have been settled. In support, the Parties state as follows:

WHEREAS, in this matter, Plaintiffs have challenged statements used in the marketing of various Osteo Bi-Flex glucosamine joint health dietary supplement products, which are manufactured and sold by Rexall Sundown, Inc., a subsidiary of NBTY, Inc. (*See* Third. Am. Compl., Dkt. No. 66.)

WHEREAS, this matter is one of six putative class actions challenging the marketing of glucosamine joint health dietary supplement products manufactured and/or sold by Rexall Sundown, Inc., NBTY, Inc., or their affiliates (collectively, "Rexall"), which are currently pending in five federal district courts throughout the country. The pending cases are: *Liliana Cardenas and Francisco Padilla v. NBTY, Inc. and Rexall Sundown, Inc.*, No. 2:11-CV-01615-TLN-CKD (E.D. Cal. filed June 14, 2011); *Jennings v. Rexall Sundown, Inc.*, No. 1:11-cv-11488-WGY (D. Mass. filed Aug. 22, 2011); *Cecilia Linares and Abel Gonzalez v. Costco Wholesale, Inc.*, No. 3:11-cv-02547-MMA-RBB (S.D. Cal. filed Nov. 2, 2011); *Nick Pearson v. Target Corp.*, No. 1:11-cv-07972 (N.D. Ill. filed Nov. 9, 2011); *Randy Nunez v. NBTY, Inc., Arthritis Research Corp., and Nature's Bounty, Inc.*, No. 3:13-CV-0495 (S.D. Cal. filed Mar. 1, 2013); and *Augustina Blanco v. CVS Pharmacy, Inc.*, No. 5:13-cv-00406-JGB-SP (C.D. Cal. filed Mar. 4, 2013).

WHEREAS, on April 15, 2013, the Parties in this action executed a global, nationwide settlement agreement settling and releasing for consideration, *inter alia*, all of the claims made in this case. Plaintiff Francisco Padilla has been identified as a class representative on behalf of the settlement class, and Plaintiff Liliana Cardenas is a member of the settling class, which has been defined to include all purchasers of Osteo Bi-Flex products since 2005.

WHEREAS, this settlement will be submitted to the Honorable Judge James B. Zagel in the Northern District of Illinois for preliminary approval. (Judge Zagel is presiding over the *Pearson* case (N.D. Ill., Case No. 1:11-cv-07972), one of the cases being settled.)

1
JOINT STIPULATION AND ORDER FOR A STAY OF ALL PROCEEDINGS

WHEREAS, to facilitate this global, nationwide settlement, Plaintiffs have filed a Second Amended Class Action complaint in the *Pearson* case on behalf of a nationwide class of all persons in the United States who purchased the products covered by the settlement, which include Osteo Bi-Flex products (Ex. A hereto).  Plaintiff Francisco Padilla is a named plaintiff in the *Pearson* Second Amended Class Action Complaint (*id.* ¶¶ 15–16); plaintiff Liliana Cardenas is a member of the nationwide class as defined in the *Pearson* Second Amended Class Action Complaint (*id.* ¶ 51).

WHEREAS, pursuant to the settlement agreement, Plaintiffs and Rexall are jointly moving for a stay of this case pending final approval of the class action settlement.  Similar motions will be filed in the other related cases.

WHEREAS, in light of the settlement, the Parties respectfully request the Court to exercise its inherent authority to stay this action.  *See*, *e.g.*, *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its dockets with economy of time and effort for itself, for counsel, and for litigants."); *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis* for the proposition that a "district court has discretionary power to stay proceedings in its own court").  A stay is appropriate where, as here, it is efficient to suspend an action pending resolution of proceedings in another jurisdiction that bear upon the case.  *See, e.g.*, *Sinclair v. Fox Hollow of Turlock Owners Ass'n*, No. 1:03-cv-05439, 2011 WL 219924, at *2 (E.D. Cal. Jan. 21, 2011) ("When there is an independent proceeding related to a matter before the trial court, the Ninth Circuit has held that a trial court may 'find it efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which may bear upon the case.'") (quoting *Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983)).

WHEREAS, the proposed stay promotes judicial economy by permitting both the Court and the Parties to suspend their work on this case while the settlement process moves forward in the Northern District of Illinois.  When final approval has been given, the settlement requires Plaintiffs to voluntarily dismiss with prejudice this action.  Accordingly, entering the proposed stay will conserve the resources of the Court, the litigants, and their counsel.

**NOW, THEREFORE**, the Parties stipulate as follows:

1. This action shall be stayed pending final approval of the settlement.

The attorney filing this document confirms that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 24, 2013

By: /s/ Patricia N. Syverson
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan
Patricia N. Syverson (203111)
Lindsey M. Gomez-Gray
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
eryan@bffb.com
psyverson@bffb.com
lgomez-gray@bffb.com
Telephone: (602) 274-1100

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Manfred Muecke (222893)
600 W. Broadway, Suite 900
San Diego, California 92101
mmuecke@bffb.com
Telephone: (619) 756-7748

STEWART M. WELTMAN LLC
Stewart M. Weltman
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
sweltman@weltmanlawfirm.com
Telephone: (312) 588-5033
(Of Counsel Levin Fishbein Sedran & Berman)

LEVIN FISHBEIN SEDRAN & BERMAN
Howard J. Sedran
510 Walnut Street
Philadelphia, Pennsylvania 19106
hsedran@lfsblaw.com
Telephone: (215) 592-1500

*Attorneys for Plaintiffs Liliana Cardenas and Francisco Padilla*

| | | |
|---|---|---|
| 1 | Dated:  April 24, 2013 | By: */s/ Kara L. McCall* |
| 2 | | Kara L. McCall |
| | | Christopher M. Gaul |
| 3 | | One South Dearborn Street |
| | | Chicago, Illinois 60603 |
| 4 | | kmccall@sidley.com |
| | | cgaul@sidley.com |
| 5 | | Telephone: (312) 853-7000 |
| 6 | | *Attorneys for Defendants NBTY, Inc. and Rexall Sundown, Inc.* |

**IT IS SO ORDERED.**

Dated: April 29, 2013

_____
Troy L. Nunley
United States District Judge